TOWNSHIP OF LIVINGSTON, PLAINTIFF-RESPONDENT, v. ALFRED MARCHEV, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 85 *N. J. Super.* 428.

*Mr. James T. Dowd* for the petitioner.

*Mr. Ralph A. Yacavino* for the respondent.

February 23, 1965. Denied.

BERTRAM I. COHEN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. FAIR LAWN DAIRIES, INC., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 86 *N. J. Super.* 206.

*Messrs. Major & Major* for the petitioners.

*Mr. Seymour Cohen* for the respondents.

March 8, 1965. Granted.